1  John L. Fleer, SBN 99668
   Law Offices of John L. Fleer
2  1850 Mt. Diablo Blvd, Suite 120
   Walnut Creek, CA 94596
3  Telephone: (925) 930-9518
   Facsimile: (925) 279-1160
4  fleer@bjorklaw.com

5  Attorney for Plaintiff
   DENNIS BECKLEY, M.D.
6

7  MELINDA HAAG (CSBN 132612)
   United States Attorney
8  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
9  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
10
      450 Golden Gate Avenue, Box 36055
11    San Francisco, California 94102-3495
      Telephone: (415) 436-7155
12    FAX: (415) 436-6748
      neill.tseng@usdoj.gov
13
   Attorneys for Defendant
14 DEPARTMENT OF VETERANS AFFAIRS

15               UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18 DENNIS BECKLEY, M.D.,              )   No. 12-6139 MEJ
                                      )
19      Plaintiff,                    )
                                      )   STIPULATION AND [PROPOSED]
20      v.                            )   ORDER RE FILING PLAINTIFF'S
                                      )   OFFICIAL PERSONNEL FILE
21 DEPARTMENT OF VETERANS             )
   AFFAIRS,                           )
22                                    )
        Defendant.                    )
23                                    )

24      Subject to the approval of the Court, plaintiff Dennis Beckley, M.D. ("Plaintiff"), and

25 defendant Department of Veterans Affairs ("Defendant"), by and through their counsel of record,

26 hereby stipulate as follows:

27      WHEREAS, this action is for District Court review on an administrative record;

28      WHEREAS, Civil L.R. 16-5 requires Defendant to "serve and file an answer, together with a

STIPULATION AND [PROPOSED] ORDER RE FILING PLAINTIFF'S OFFICIAL PERSONNEL FILE
C 12-6139 MEJ

certified copy of the transcript of the administrative record, within 90 days of receipt of service of the summons and complaint";

WHEREAS, part of the administrative record consists of Plaintiff's Official Personnel File ("OPF");

WHEREAS, Plaintiff's OPF is or may qualify as a "record" under the Privacy Act of 1974 (the "Privacy Act"), 5 U.S.C. § 552a (2006), which may not be disclosed except pursuant to certain conditions, see 5 U.S.C. § 552a(b);

WHEREAS, one of the conditions under which a Privacy Act "record" may be disclosed is "pursuant to the order of a court of competent jurisdiction," 5 U.S.C. § 552a(b)(11);

THEREFORE, the parties hereby stipulate and jointly request that the Court enter an order permitting Defendant to file Plaintiff's OPF, redacted for personally identifiable information, as part of the certified administrative record in this action.

IT IS SO STIPULATED.

DATED: 2-26-13            By: _____
                              JOHN L. FLEER
                              Attorney for Plaintiff

                              MELINDA HAAG
                              United States Attorney

DATED: 2/27/13            By: _____
                              NEILL T. TSENG
                              Assistant United States Attorney
                              Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED February 28, 2013
                              _____
                              HONORABLE MARIA-ELENA JAMES
                              UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RE FILING PLAINTIFF'S OFFICIAL PERSONNEL FILE
C 12-6139 MEJ                              2