UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DENNIS BECKLEY, MD,<br><br>             Petitioner,<br>    v.<br><br>DEPARTMENT OF VERERANS AFFAIRS,<br><br>             Respondent.<br>_____/ | No. C 12-6139 MEJ<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Statement, the Court finds a case management conference unnecessary and hereby VACATES the March 7, 2013 conference. If the parties feel it would be beneficial to extend the briefing and hearing schedule to allow more time to focus on mediation efforts, they shall file a stipulation to continue the deadlines. Otherwise, the schedule shall comply with Civil Local Rule 16-5, as set forth in the parties' statement.

**IT IS SO ORDERED.**

Dated: March 4, 2013

_____
Maria-Elena James
United States Magistrate Judge