1  John L. Fleer, SBN 99668
   Law Offices of John L. Fleer
2  1850 Mt. Diablo Blvd, Suite 120
   Walnut Creek, CA 94596
3  Telephone: (925) 930-9518
   Facsimile: (925) 279-1160
4  fleer@bjorklaw.com

5  Attorney for Petitioner
   DENNIS BECKLEY, M.D.
6
   MELINDA HAAG (CSBN 132612)
7  United States Attorney
   ALEX G. TSE (CSBN 152348)
8  Chief, Civil Division
   NEILL T. TSENG (CSBN 220348)
9  Assistant United States Attorney

10     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
11     Telephone: (415) 436-7155
       FAX: (415) 436-6748
12     neill.tseng@usdoj.gov

13 Attorneys for Respondent
   DEPARTMENT OF VETERANS AFFAIRS
14

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18
   DENNIS BECKLEY, M.D.,           )  CASE NO. C 12-6139 MEJ
19                                 )
       Petitioner,                 )  STIPULATION TO CONTINUE MEDIATION
20                                 )  AND MOTION FOR SUMMARY JUDGMENT
       v.                          )  BRIEFING DEADLINES; [PROPOSED] ORDER
21                                 )
   DEPARTMENT OF VETERANS AFFAIRS, )
22                                 )
       Respondent.                 )
23 _____ )

24     Subject to the approval of the Court, petitioner Dennis Beckley, M.D. ("Petitioner"), and

25 respondent Department of Veterans Affairs ("Respondent"), by and through their counsel of record,

26 hereby stipulate as follows:

27     Respondent anticipates that it will soon be supplementing the administrative record filed with the

28 Court to include material which was previously inadvertently omitted. In light of that, the parties hereby

STIP. TO CONTINUE MEDIATION AND MSJ BRIEFING DEADLINES; [PROPOSED] ORDER
C 12-6139 MEJ

1  stipulate to continue the following deadlines as follows:
2      Deadline to complete mediation: April 30, 2013
3      Deadline for Petitioner's motion for summary judgment: June 14, 2013
4      Deadline for Respondent's opposition or counter-motion: July 12, 2013
5      Deadline for Petitioner's optional reply: July 26, 2013
6      Respondent's counsel further represents that he contacted the court-appointed mediator and
7  understood her to say that she did not object to continuing the mediation deadline as set forth above.
8      **IT IS SO STIPULATED.**
9
10 DATED: March 26, 2013    By: _/s/ John L. Fleer_
11                                           John L. Fleer
12                                           Attorney for Petitioner
13                                           MELINDA L. HAAG
                                          United States Attorney
14 DATED: March 26, 2013    By: _/s/ Neill T. Tseng_
15                                           NEILL T. TSENG
                                          Assistant United States Attorney
16                                           Attorneys for Respondent
17
18     PURSUANT TO STIPULATION, IT IS SO ORDERED.
19
20
21 DATED: March 27, 2013
22                                           HONORABLE MARIA-ELENA JAMES
                                          UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

STIP. TO CONTINUE MEDIATION AND MSJ BRIEFING DEADLINES; [PROPOSED] ORDER
C 12-6139 MEJ