| | |
|---|---|
| 1 | John L. Fleer, SBN 99668 |
|   | Law Offices of John L. Fleer |
| 2 | 1850 Mt. Diablo Blvd, Suite 120 |
|   | Walnut Creek, CA 94596 |
| 3 | Telephone: (925) 930-9518 |
|   | Facsimile: (925) 279-1160 |
| 4 | fleer@bjorklaw.com |
| 5 | Attorney for Petitioner |
|   | DENNIS BECKLEY, M.D. |
| 6 | |
| 7 | MELINDA HAAG (CSBN 132612) |
|   | United States Attorney |
|   | ALEX G. TSE (CSBN 152348) |
| 8 | Chief, Civil Division |
|   | NEILL T. TSENG (CSBN 220348) |
| 9 | Assistant United States Attorney |
| 10 |   450 Golden Gate Avenue, Box 36055 |
|    |   San Francisco, California 94102-3495 |
| 11 |   Telephone: (415) 436-7155 |
|    |   FAX: (415) 436-6748 |
| 12 |   neill.tseng@usdoj.gov |
| 13 | Attorneys for Respondent |
|    | DEPARTMENT OF VETERANS AFFAIRS |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DENNIS BECKLEY, M.D., | ) | CASE NO. C 12-6139 MEJ |
| | ) | |
| Petitioner, | ) | STIPULATION TO CONTINUE MEDIATION |
| | ) | AND MOTION FOR SUMMARY JUDGMENT |
| v. | ) | BRIEFING DEADLINES; [PROPOSED] ORDER |
| | ) | |
| DEPARTMENT OF VETERANS AFFAIRS, | ) | |
| | ) | |
| Respondent. | ) | |

Subject to the approval of the Court, petitioner Dennis Beckley, M.D. ("Petitioner"), and respondent Department of Veterans Affairs ("Respondent"), by and through their counsel of record, hereby stipulate as follows:

Respondent anticipates that it will soon be supplementing the administrative record filed with the Court to include material which was previously inadvertently omitted. In light of that, the parties hereby

STIP. TO CONTINUE MEDIATION AND MSJ BRIEFING DEADLINES; [PROPOSED] ORDER
C 12-6139 MEJ

stipulate to continue the following deadlines as follows:

Deadline to complete mediation: April 30, 2013

Deadline for Petitioner's motion for summary judgment: June 14, 2013

Deadline for Respondent's opposition or counter-motion: July 12, 2013

Deadline for Petitioner's optional reply: July 26, 2013

Respondent's counsel further represents that he contacted the court-appointed mediator and understood her to say that she did not object to continuing the mediation deadline as set forth above.

**IT IS SO STIPULATED.**

DATED: March 26, 2013        By: _____
                                  John L. Fleer
                                  Attorney for Petitioner

                             MELINDA L. HAAG
                             United States Attorney

DATED: March 26, 2013        By: _____
                                  NEILL T. TSENG
                                  Assistant United States Attorney
                                  Attorneys for Respondent

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 27, 2013        _____
                             HONORABLE MARIA-ELENA JAMES
                             UNITED STATES MAGISTRATE JUDGE

STIP. TO CONTINUE MEDIATION AND MSJ BRIEFING DEADLINES; [PROPOSED] ORDER
C 12-6139 MEJ