UNITED STATES DISTRICT COURT

Northern District of California

DENNIS BECKLEY, MD,            No. C 12-6139 MEJ

           Petitioner,           **STATUS ORDER**

   v.

DEPARTMENT OF VERERANS AFFAIRS,

           Respondent.

_____/

On May 23, 2013, the Court granted the parties' Stipulation and Agreement of Compromise and Settlement. Dkt. No. 24. As part of the agreement, the parties included a provision that, in consideration of the payment of the Settlement Amount and the other terms the Stipulation and Agreement, Petitioner Dennis Beckley agreed that he would immediately upon execution of the Agreement also execute a Stipulation of Dismissal with Prejudice, which the parties attached as Exhibit A. The Stipulation provides that the fully executed Stipulation of Dismissal with Prejudice would be held by counsel for Respondent and would be filed with the Court upon receipt by Petitioner's counsel of the Settlement Amount and a copy of Petitioner's revised Standard Form 50.

As nearly four months have passed since the Court granted the parties' Stipulation, the Court ORDERS the parties to either (a) file the executed Stipulation of Dismissal with Prejudice, or (b) file a joint status report. The parties shall respond by October 2, 2013.

**IT IS SO ORDERED.**

Dated: September 18, 2013

_____
Maria-Elena James
United States Magistrate Judge