John L. Fleer, SBN 99668
Law Offices of John L. Fleer
1850 Mt. Diablo Blvd, Suite 120
Walnut Creek, CA 94596
Telephone: (925) 930-9518
Facsimile: (925) 279-1160
fleer@bjorklaw.com

Attorney for Petitioner
DENNIS BECKLEY, M.D.

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-73495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    Email: neill.tseng@usdoj.gov

Attorneys for Respondent
DEPARTMENT OF VETERANS AFFAIRS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS BECKLEY, M.D., <br><br> Petitioner, <br><br> v. <br><br> DEPARTMENT OF VETERANS AFFAIRS, <br><br> Respondent. | 3:12-cv-06139 MEJ <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE;** [PROPOSED] **ORDER** |

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER
No.C 12-6139 MEJ                   1

**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a), Petitioner Dennis Beckley, M.D., and Respondent Department of Veterans Affairs hereby stipulate to dismiss with prejudice the above-captioned action. Each party will bear its own costs and attorneys' fees.

DATED:  5/23/13

_____
DENNIS BECKLEY, M.D.
Petitioner

DATED:  5-23-13

_____
JOHN L. FLEER
Attorney for Petitioner

MELINDA HAAG
United States Attorney

DATED:  10/31/13

_____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Respondent

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  October 31, 2013

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge